UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DE'RECO D. HAYS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:23-cv-00496-TWP-MJD ) |
| WITTMAN, et al., | ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. This action is **dismissed without prejudice**.

Date: 3/30/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A. G. Sharpe, Clerk of Court

By: _____

Deputy Clerk

Distribution:

DE'RECO D. HAYS
169878
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362